JS-6

*FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT SEP 15 2011 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZURI A'GIZA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. CV 11-5250-CBM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: 9/12, 2011



Consuelo B. Marshall
United States District Judge