JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ZURI A'GIZA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant. | Case No. CV 11-5250-CBM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: 9/12, 2011

_____
Consuelo B. Marshall
United States District Judge